# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

DAVID J. ALLEN

MJ # 04-11

    Defendant

## APPOINTMENT OF FEDERAL DEFENDER

### CHARLES McGINTY

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **AUGUST 6, 2004** to represent said defendant in this cause until further order of the Court.

    TONY ANASTAS
    CLERK OF COURT

By:   /s/ Maria Simeone
       Courtroom Deputy
       The Honorable Lawrence P. Cohen

DATE: 8/9/04

(Appt Fed def.wpd - 11/98)       [koapptpd.]