AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

David J. Allen
97 Harrishof St., #3, Roxbury, MA

## WARRANT FOR ARREST

CASE NUMBER: 04-M0011-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     David J. Allen
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm

in violation of Title     18     United States Code, Section(s)  922(g)(1)

Lawrence P. Cohen
Name of Issuing Officer

_[signature] Lawrence P. Cohen_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

08-04-2000
Date and Location

Bail fixed at $ _____     by     _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | WARRANT EXECUTED BY ATF NAME AND TITLE OF ARRESTING OFFICER BY ARREST/ARRAIGNMENT OF DEFENDANT ON 8/5/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.