```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Case No. 04-10272-RCL |
| ) | |
| DAVID ALLEN             ) | Violation: |
| ) | 18 U.S.C. § 922(g)(1) – |
| ) | Possession of a Firearm by a |
| ) | Convicted Felon |
| ) | |

## INDICTMENT

**COUNT ONE:**   18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Convicted Felon

The Grand Jury charges that:

On or about June 21, 2004, in Boston, in the District of Massachusetts,

**DAVID ALLEN,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Beretta, Model 92FS, 9mm semi-automatic pistol, bearing serial number L07492Z.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, September 8, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:55 pm.

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** ATF

**City** Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant  X   New Defendant _____
Magistrate Judge Case Number   04-00011-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   David J. Allen      Juvenile ☐ Yes ☒ No

**Alias Name**

**Address**   97 Harrishof St., #3, Roxbury, MA 02120

**Birth date:** 1979    **SS#:** ***-**-8188    **Sex:** M    **Race:** B    **Nationality:** U.S.A.

**Defense Counsel if known:** Charles McGinty     **Address:** Federal Defender's Office
                                                                           408 Atlantic Ave., Boston

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** William H. Connolly      **Bar Number if applicable** 634501

**Interpreter:** ☐ Yes ☒ No      **List language and/or dialect:**

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as   pre-trial detainee   in   Plymouth
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/8/04      **Signature of AUSA:** [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    David J. Allen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

District Court Case Number  (To be filled in by deputy

Name of Defendant    David J. Allen

JS 45.wpd - 3/13/02