UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10272-RCL |
| | ) | |
| DAVID ALLEN | ) | |

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States of America and defendant David Allen hereby submit this joint memorandum addressing the issues set forth in Local Rule 116.5(A)(1) through (A)(7).

(A)(1)

Defendant seeks an additional two weeks to file discovery requests.

(A)(2)

The defendant requests discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). The government will respond 45 days before trial. The government requests reciprocal discovery which defendant will provide 30 days before trial.

(A)(3)

The parties are uncertain whether additional discovery might be needed as a result of future receipt of information, documents, or reports of examinations or tests.

(A)(4)

Defendant seeks a period of 45 days to file pretrial motions. The parties submit that a motion date should be set after the government has had an appropriate time to respond.

(A)(5)

A period of excludable delay should be ordered under the Speedy Trial Act from the date

of this conference through the date of the filing of motions and final status conference.

(A)(6)

    Defendant anticipates a trial. The government estimates that its case will take four trial days.

(A)(7)

    The parties suggest that the Court set a final status conference ten days after the filing of defendant's motions.

| | |
|---|---|
| United States Attorney | DAVID ALLEN<br>By his attorney, |
| By: /s/ William Connolly<br>William Connolly<br>Assistant U.S. Attorney | /s/ Charles P. McGinty<br>Charles P. McGinty<br>B.B.O. #333480<br>Federal Defender Office<br>408 Atlantic Avenue, 3rd Floor<br>Boston, MA 02210<br>Tel: 617-223-8061 |