UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
          Plaintiff

v.                                    Case Number:   CR 04-10272-RCL

DAVID J. ALLEN
          Defendant

**ORDER OF REFERRAL**
January 26, 2005

LINDSAY, DJ

    The above captioned case is referred to Magistrate Judge   ROBERT B. COLLINGS   upon the retirement of Magistrate Judge Lawrence P. Cohen.  Any instruction entered on the original Order of Reference remains in effect.

By the Court,

/s/ Virginia A. Hurley
Deputy Clerk