# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                              CRIMINAL NO. 2004-10272-RCL

DAVID J. ALLEN,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    2/15/2005 - Conference held.

    2/16/2005 - 3/8/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

                                        /s/ Robert B. Collings
                                        ROBERT B. COLLINGS
February 15, 2005.                   United States Magistrate Judge