# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                              CRIMINAL NO. 2004-10272-RCL

DAVID J. ALLEN,
        Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on February 15, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    None.

    (2)    No.

    (3)    No.

(4) The government has not requested notice of alibi.

(5) The defendant is granted leave to file and serve a motion to suppress *on or before the close of business on Tuesday, March 8, 2005;* the Government shall reply within the time provided by the Local Rules.

(6) *An Initial Pretrial Conference should be set AS SOON AS POSSIBLE AFTER MARCH 24, 2005 to hear the motion to suppress and to set a firm trial date.*

(7) The case will have to be tried; trial will last about five (5) days.

(8) *See* Further Order of Excludable Delay entered this date.

(9) Five (5) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Five (5) days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 *AS SOON AS POSSIBLE AFTER MARCH 24, 2005 TO HEAR THE MOTION TO SUPPRESS AND TO SET A FIRM*

*TRIAL DATE*.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LINDSAY'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 15, 2005.