UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10272-RCL |
| | ) | |
| DAVID ALLEN | ) | |
| | ) | |

DEFENDANT'S ASSENTED TO MOTION FOR
ADDITIONAL TIME TO FILE MOTION TO SUPPRESS

Defendant David Allen respectfully moves for additional time to file his motion to suppress, now due on May 2, 2005. As grounds for this motion, defense counsel states that, due to staffing shortages within the Federal Defender Office and the need to reassign cases within the office, as well as an impending trial, he needs additional time to prepare and file this motion. Defendant asks for an additional 21 days to file this motion.

The government, by Assistant United States Attorney William Connolly, has no objection to this motion.

    DAVID ALLEN
    By his attorney,

    /s/ Charles P. McGinty

    _____
    Charles P. McGinty
      B.B.O. #333480
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

May 6, 2005