UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10272-RCL |
| | ) | |
| DAVID ALLEN | ) | |

<u>DEFENDANT'S MOTION TO SUPPRESS</u>

Defendant David Allen respectfully moves, pursuant to the Fourth Amendment of the United States Constitution and Fed. R. Crim. P. 12, to suppress all evidence seized, obtained or derived from his illegal stop and arrest on June 21, 2004. Among other grounds, defendant submits that Boston police did not have reasonable suspicion to stop him and that the police frisk of his person was unjustified.

Since the stop and arrest of Allen were not supported by a warrant, the government has the burden of showing that the challenged police conduct was lawful. <u>See</u>, <u>e.g.</u>, <u>United States v. Cruz Jimenez</u>, 894 F.2d 1, 6 (1st Cir. 1990).

Defendant submits a preliminary memorandum in support of this motion, and reserves the right to amend or supplement it, following a hearing in this matter.

REQUEST FOR EVIDENTIARY HEARING

    Defendant respectfully requests an evidentiary hearing on this motion.

                                      DAVID ALLEN
                                      By his attorney,

                                      /s/ Charles P. McGinty

                                      Charles P. McGinty
                                         B.B.O. #333480
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061

August 3, 2005