UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10272-RCL |
| | ) | |
| DAVID ALLEN | ) | |
| | ) | |

DEFENDANT'S MOTION TO RECONSIDER RULING
<u>DENYING MOTION TO SUPPRESS AS UNTIMELY FILED</u>

Undersigned counsel respectfully moves this Court to reconsider its ruling denying the motion to suppress as untimely filed.

As grounds for this motion petitioning for reconsideration of the Court's ruling, undersigned counsel states:

1.  Over the past year, the Federal Defender Office has been understaffed, with one lawyer on medical leave and another leaving to become a United States Magistrate.  Counsel within the office made a commitment to keep all cases assigned to the office, which created the need to reassign cases, including impending trials, within the office.  This imposed considerable burdens on all the lawyers in the office, including undersigned counsel who undertook responsibility for a number of additional cases.  (Only at the end of June was this office able to fill one of the attorney positions.)

2.  Undersigned counsel was appointed in January to a death-eligible case pending before Judge Tauro.  Counsel has spent

considerable time on this case, including conducting discovery and preparing motions, with another due for filing on August 10. The motions, together with all the other responsibilities in the case, have consumed a great deal of time.

3. From August 2004 to May 2005, undersigned counsel also had the administrative responsibility of running the office in the absence of the Federal Defender. That responsibility ended with the appointment of Miriam Conrad as Federal Defender. While doing the additional administrative work, undersigned counsel did not reassign any of his cases, since all the other attorneys in the office were similarly burdened.

4. In the past month, undersigned counsel had three cases scheduled to be tried back-to-back on July 11, 18 and 25. Counsel tried one case before Judge Zobel and filed a motion for a new trial in its aftermath; in the second, after preparing the case for trial, the matter was resolved by plea just one week before trial, after considerable work had been done; in the third, undersigned counsel filed a motion before Judge Young for more time, since he could not timely prepare it for trial. When Judge Young proposed postponing trial of that case until September 6, 2005, undersigned counsel notified Judge Young that this case was set for the same date. Since the other case was older in time and is a custody case (<u>United States v. Chu</u>, Criminal No. 04-10156-WGY), Judge Young set it for September 6, stating that he would ensure that the reasons for rescheduling

the trial for September 6 were communicated to this Court.

5.  To meet these and other commitments, in one stretch in July, undersigned counsel worked 21 straight days, including Saturdays and Sundays.

6.  Undersigned counsel deeply apologizes for the delay in filing the motion to suppress in this case.  The motion is a meritorious one, which he had long planned to file.  On May 6, 2005, he sought an additional 21 days to permit the filing of a motion to suppress.  Undersigned counsel was entirely remiss in failing to seek an additional continuance.

7.  Undersigned counsel has been in regular contact with the client, and has explained to him the delay.

8.  Undersigned counsel's dereliction should not serve to disadvantage his client, who deserves better.

                                           DAVID ALLEN
                                           By his attorney,

                                           /s/ Charles P. McGinty

                                           Charles P. McGinty
                                             B.B.O. #333480
                                           Federal Defender Office
                                           408 Atlantic Avenue, 3rd Floor
                                           Boston, MA  02110
                                           Tel: 617-223-8061

August 5, 2005