UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>DAVID ALLEN         ) | CRIMINAL NO. 04-10272-RCL |

### AFFIDAVIT OF DAVID ALLEN

I, David Allen, being duly sworn, hereby state as follows:

1. I am the defendant in this case.

2. On June 21, 2004, I was walking on Washington Street in Dorchester, Massachusetts, in the direction of Columbia Road. While continuing on Washington Street, I walked past the Morse Street intersection.

3. As I walked on Washington Street to the next intersection, a police cruiser pulled onto the sidewalk in front of me, blocking my path. Several officers stepped out. One asked me for my name, and after a short time frisked me.

4. I was not among a group of persons congregating on Morse Street and I did not flee from the police.

Signed and sworn under the pains and penalties of perjury this 2 day of August, 2005.

*David Allen*
David Allen