UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10272-RCL |
| ) | |
| DAVID ALLEN ) | |

DEFENDANT'S ASSENTED-MOTION TO CONTINUE TRIAL

Defendant David Allen respectfully moves to continue the trial of this matter, now scheduled for September 6, 2005.  As grounds for this motion, defense counsel states that he has been scheduled by Judge Young to begin trial on September 6 in <u>United States v. Chu</u>, Criminal No. 04-10156-WGY, a custody case which is older in time than the present case.  Further, he has filed a motion to suppress in the present case, a motion which may be dispositive of the case, and both he and government counsel suggest that the Court schedule that motion for an evidentiary hearing.

The government, by Assistant United States Attorney William Connolly, assents to this motion.

                                              DAVID ALLEN
                                              By his attorney,

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty
                                                 B.B.O. #333480
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

August 24, 2005