```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
                                        )
UNITED STATES OF AMERICA                )
                                        )
v.                                      )    Criminal No. 04-10272-RCL
                                        )
DAVID ALLEN                             )
                                        )
```

### ASSENTED-TO MOTION TO EXTEND TIME FOR FILING RESPONSE

The government hereby requests an extension of time within which the government must respond to the defendant's motion to suppress. The defendant's motion was filed on September 21, 2005.

As grounds for this motion, the government states that AUSA William Connolly has recently been assigned to a new unit within the United States Attorney's Office and will no longer be assigned to this case. The requested continuance will provide the government sufficient time to reassign the case to a new AUSA and provide the newly assigned attorney time to review the case and file a response to the defendant's motion.

The government is hereby requesting an extension of time to November 11, 2005, to file its response. A hearing on the motion to suppress has not yet been scheduled, and a trial date has not been established. Accordingly, the government requests a continuance of the hearing on said motion to a date after November 11, 2005.

Defense counsel assents to this request.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:  /s/ William H. Connolly
                     William H. Connolly
                     Assistant U.S. Attorney

October 14, 2005