**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. CR. NO. 04-10272-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ALLEN | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

        Respectfully submitted,
        MICHAEL J. SULLIVAN
        United States Attorney

BY:   /s/Donald L. Cabell
       Donald L. Cabell
       Assistant U.S. Attorney
       One Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3105

November 30, 2005