UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10272-RCL |
| | ) | |
| DAVID ALLEN | ) | |

DEFENDANT'S MOTION FOR PRODUCTION
OF FIELD INTERROGATION REPORTS

Defendant David Allen respectfully moves this Court to order the government to produce all field interrogation reports ("FIOs") written by Boston Police relating to the stop and frisk of defendant and other persons on June 21, 2004.

Under Fed. R. Crim. P. 16(E):

Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:
(I) the item is material to preparing the defense...

By letter dated March 1, 2006, defendant renewed prior requests to the government for production of all Field Interrogation/Observation Reports ("FIOs") relating to the stop and frisk of defendant and others on June 21, 2004. FIOs are summaries compiled by Boston Police officers of identifying information and police observations recorded during street stops of suspects. These materials are stored by Boston Police for future police use. The government produced copies of typed FIOs which contain some of the information found on FIOs, but did not produce the original street FIOs, which are separately maintained by Boston Police.

The requested FIOs are subject to Rule 16(E). Since they contain statements by officers who will be testifying at the hearing on the motion to suppress, they are also Jencks materials. In <u>United States v. Ramses Smith</u>, Cr. No. 03-10087-NG, relating to the same category of FIOs, a court in this District ordered the government to produce such FIOs by order of January 27, 2005. See Docket in Cr. No. 03-10087-NG, at Entry #37. The government complied by letter dated February 2, 2005, a copy of which is attached.

In view of the government's production of the same material in <u>United States v. Ramses Smith</u>, and since these writings will be Jencks material at the upcoming motion to suppress hearing, defendant seeks an order of this Court requiring production of the same materials here.

## CONCLUSION

For each of these reasons, defendant seeks an order of this Court requiring the government to produce all FIOs and drafts of FIOs prepared at and near the time of the stop and arrest of defendant on June 21, 2004.

DAVID ALLEN
By his attorney,

/s/ Charles P. McGinty

Charles P. McGinty
 B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

April 28, 2006