

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

February 2, 2005

Judge Nancy Gertner
Clerk to the Honorable Nancy Gertner
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    United States v. Ramses Smith
            Crim. No. 03-10087-NG

Dear Judge Gertner:

    Pursuant to your order of January 27, 2005, I have enclosed a copy of the original FIO (Field Interrogation/Observation Report).

    With respect to the Court's request for a copy of the photographs shown to ATF Agent Chris Demlein, please be advised that the Boston Police Department is unable to retrieve all of the photographs. Boston Police Detective Greg Brown has confirmed that he is the individual who showed the photographs to Agent Demlein sometime after the transaction on January 28, 2002. As best he can recall, Detective Brown came up with the names of approximately four individuals from the area who fit the description provided by Agent Demlein. Of the four, the only name Detective Brown recalls is Lamar Tillery. Detective Brown confirmed that Ramses Smith was not one of the individuals shown to Agent Demlein. With those four names Detective Brown printed their photographs from the imaging system and showed them to Agent Demlein. Detective Brown believes that he then shredded these photographs after showing them to Agent Demlein.

    According to Herdle Rene, an imaging system specialist at the Boston Police Department, the photograph of Lamar Tillery was printed on January 29, 2002, at 10:32 p.m. by Detective Vance Mills, also a member of the Youth Violence Strike Force. Herdle Rene was able to determine this by conducting an audit search using an identifying number assigned to Lamar Tillery. Herdle Rene then conducted a further audit search using Detective Brown's and Detective Mills' identification numbers. Herdle Rene was not able to locate any other

photographs generated on either the 28th or 29th by either detective. According to Herdle Rene, if either Detective Brown or Detective Mills had printed other photographs on either of those days, he would have found a record of it in the system. Please note, however, that according to Herdle Rene, officers often print photographs when somebody else is logged into the system. When that occurs, an imaging system specialist is only able to identify the photographs if he knows that name of the individual who was logged into the system at the time, or if he has the names of the people whose pictures were generated (in the same way that he was able to trace the printing of the Lamar Tillery picture).

Please note that the above information is offered for the limited purpose of explaining why all of the photographs cannot be located and also to explain the steps taken in an attempt to retrieve these photographs. The government is not asking the Court to adopt this information into the record without the government and the defendant being afforded an opportunity to question the witnesses identified above. If the Court is interested in hearing from either Detective Brown or Herdle Rene, the government will make these witnesses available.

Sincerely,

/s/ William H. Connolly
Assistant U.S. Attorney

cc:   Benjamin Entine, Esquire