UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

   UNITED STATES OF AMERICA      )
                                 )
              v.                 )    CRIMINAL NO. 04-10272-RCL
                                 )
   DAVID ALLEN                   )


                    DEFENDANT'S MOTION FOR PRODUCTION
                    OF FIELD INTERROGATION REPORTS

   Defendant David Allen respectfully moves this Court to order the government to produce all field interrogation reports ("FIOs") written by Boston Police relating to the stop and frisk of defendant and other persons on June 21, 2004. The same category of materials have been ordered to be produced by another court in this District.

   Under Fed. R. Crim. P. 16(E):

   > Upon a defendant's request, the government must permit
   > the defendant to inspect and to copy or photograph
   > books, papers, documents, data, photographs, tangible
   > objects, buildings or places, or copies or portions of
   > any of these items, if the item is within the
   > government's possession, custody, or control and:
   > (i) the item is material to preparing the defense...

By letter dated March 1, 2006, defendant renewed his prior requests to the government for production of all Field Interrogation/Observation Reports ("FIOs") relating to the stop and frisk of defendant and others on June 21, 2004. FIOs are information summaries compiled by police officers at the time they observe, stop, and detain suspects. These summaries are

maintained and stored by Boston Police for future investigative use.  The government produced copies of typed FIOs which contain some of the information found on FIOs compiled at the scene of police stops.  The government has, however, declined to produce original street FIOs which are separately maintained by Boston Police.  As the Court is aware, defendant has filed a motion to suppress contesting the circumstances of the street stop of defendant.  The requested FIOs, which contain contemporaneous notes about the circumstances of the stops of defendant and others, are highly material to the matters at issue at the hearing.

　　　The requested FIOs are subject to Rule 16(E), since the items are "material to preparing the defense...."  Fed. R. Crim. P. 16(E)(1).  Additionally, since these materials contain statements by officers who will be testifying at the upcoming hearing on the motion to suppress, they are also Jencks materials.  In <u>United States v. Ramses Smith</u>, Criminal No. 03-10087-NG, relating to the same category of FIOs, a court in this District ordered the government to produce such FIOs by order of January 27, 2005.  See Docket in Criminal No. 03-10087-NG, at Entry #37.  The government complied by letter dated February 2, 2005, a copy of which is attached.

　　　In view of the government's production of the same material in <u>United States v. Ramses Smith</u>, and since these writings will

-2-

be <u>Jencks</u> material at the upcoming motion to suppress hearing, defendant seeks an order of this Court requiring production of the materials here.

Defense counsel certifies that he has conferred with government counsel on this matter, and has attempted to resolve or narrow this issue, but without success.

CONCLUSION

For each of these reasons, defendant seeks an order of this Court requiring the government to produce all FIOs and drafts of FIOs prepared at and near the time of the stop and arrest of defendant on June 21, 2004.

                                              DAVID ALLEN
                                              By his attorney,

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty
                                                B.B.O. #333480
                                              Federal Defender Office
                                              408 Atlantic Avenue, 3rd Floor
                                              Boston, MA  02110
                                              Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

                                              /s/ Charles P. McGinty

                                              Charles P. McGinty