```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
                                      )
UNITED STATES OF AMERICA              )
                                      )
        v.                            )   CR. NO. 04-10272-RCL
                                      )
DAVID ALLEN                           )
                                      )
```

### ORDER

LINDSAY, District Judge

Upon consideration of the defendant's Motion, the Court hereby Orders that the Boston Police Department produce and provide copies of any and all handwritten Field Interrogation Observation Reports, also known as FIO's, relating to any interactions that police officers had with any individuals on the evening of June 21, 2004, near the intersection of Washington and Morse Streets.

BY THE COURT,

*/s/ Lisa M Hourihan*
Deputy Clerk

DATED: June 28, 2006