```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                                        )
UNITED STATES OF AMERICA                )
                                        )
         v.                             )    CR. NO. 04-10272-RCL
                                        )
DAVID ALLEN                             )
                                        )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE SUPPRESSION HEARING**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the hearing date from June 30, 2006 for a period of at least two weeks. In support of the motion, the government is still in the process of attempting to obtain the reports referenced in the Court's June 28th Order, and the continuance would permit the parties to discuss issues that may obviate the need for further hearings.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                              By:

                                                /s/Donald L. Cabell
                                                DONALD L. CABELL
                                                Assistant U.S. Attorney