UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 04-10272-RCL |
| | ) |
| DAVID ALLEN | ) |
| | ) |

### <u>GOVERNMENT'S STATUS MEMORANDUM</u>

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorney Donald L. Cabell, hereby submits this memorandum regarding the status of the case.

The parties have been discussing resolution of the case since June of 2006 and expect that the case is going to be resolved by way of a plea agreement submitted pursuant to Fed. R. Crim. P. 11(c)(1)(C) .  The government has provided the defendant with a proposed plea agreement, and expects to present an executed agreement to the Court within the next ten days.

The government is mindful that the posture of the case has not changed significantly since June of 2006.  The government accepts responsibility for this fact and regrets any inconvenience it has caused the Court and the defendant.  By way of explanation rather than justification, the undersigned has between May and October of 2006 prepared for and had trials in the matters of <u>United States v. Michael Pridgen</u>,Cr. No. 04-10375-RWZ, <u>United States v. James Hebshie</u>,Cr. No. 02-10185-NG, <u>United States v. Jonathan Matos</u>, Cr. No. 04-10237-NG and <u>United States</u>

v. Michael Pina, Cr. No. 04-10195-PBS.  In addition, the undersigned has been preparing for trial in the matter of United States v. Michael Vaccaro, Cr. No. 05-10135-NMG, which, until recently, was scheduled to begin on October 30, 2006, and United States v. Michael McDonald, Cr. No. 05-10016-RCL, which is scheduled to begin in this Court on November 6, 2006.

The undersigned does not expect that these pending trials will delay completion of the anticipated plea agreement.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney


BY:  /s/Donald L. Cabell
     DONALD L. CABELL
     Assistant U.S. Attorney
     One Courthouse Way, Suite 9200

2