David Allen
FCI-Allenwood
PO Box 2000
White Deer, PA

FILED IN CLERK'S OFFICE
2007 SEP 24  P 3: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: Criminal Docket for case
Dkt#: 1:04CR10272-001-RCL

September 7, 2007

Dear Clerk,

I am requesting for a printout copy of my "Criminal Docket for case", so I can screen all the motions that were filed in my federal proceedings. This is very important clerk, I really need this (A.S.A.P), due to my lawyer's ineffectiveness.

Thank you for your time and attention.

Very truly yours,

David Allen