9-26-07

Case #1:04 CR 10272-001 -RCL

FILED IN CLERKS OFFICE

U.S. DISTRICT COURT DISTRICT OF MASS

Dear, Honorable Reginald C. Lindsay

My Name is David Allen, and I was sentenced by you on 3-19-07 to 63 months for felon in possession (922 G). The reason why i'm writing you, your Honor, is concerning my jail credit. I was arrested on 6-21-04 for the firearm I am now serving time for. Boston police or the state of Mass. charged me for the firearm first, from 6-21-04 to 8-4-04. On 8-5-04 the state of mass. dismissed my case and turned me over to U.S. Marshal custody. When I got sentenced on 3-19-07 I never got my jail credit from 6-21-04 to 8-4-04, my lawyer (Charlie P. Mcginty) told me I would get the jail credit because that's the only case I was being held on. But once I went to the feds, I couldn't get in contact with my lawyer, so I don't know what else to do. Your Honor I've been incarcerated for some years now, since I've been in the B.O.P I have been problem free, so I'm humably asking you can you help me out with my jail credit!

thank you, and have a nice day!

sincerely yours

David Allen

```
 LEWHN   540*23 *          SENTENCE MONITORING          *    06-22-2007
 PAGE 002 OF 002 *           COMPUTATION DATA           *    14:58:45
                            AS OF 06-22-2007

REGNO..: 25326-038 NAME: ALLEN, DAVID J


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-21-2007 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-19-2007
TOTAL TERM IN EFFECT............:    63 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS       3 MONTHS
EARLIEST DATE OF OFFENSE........: 06-21-2004 *

JAIL CREDIT.....................: FROM DATE    THRU DATE
                                  08-05-2004   03-18-2007

TOTAL PRIOR CREDIT TIME.........: 956
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 247
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 03-03-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-05-2009


PROJECTED SATISFACTION DATE.....: 03-03-2009
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS......: 06-21-2007 - JC RESEARCH PENDING




 G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

*handwritten note:* * 6-21-04 to 8-5-04 I would like to receive jail credit